IN RE RESIGNATION OF WRIGHT.

TOLEDO BAR ASSOCIATION *v.* WRIGHT.

[Cite as In re Resignation of Wright (1988), 36 Ohio St. 3d 616.]

(Nos. D.R. 88-4 and D.M. 87-1—Decided May 11, 1988.)

The resignation of Douglas W. Wright as an attorney is accepted.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.